# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

FRENCHIE BOND,            )
                          )
    Plaintiff,         )
                          )
v.                        )    No. 4:13-CV-2130-RWS
                          )
ST. LOUIS COUNTY JAIL, et al.,  )
                          )
    Defendants.        )

## MEMORANDUM AND ORDER

This matter is before the Court *sua sponte*. Plaintiff has failed to pay the initial partial filing fee of $48.32 as ordered by the Court on January 31, 2014 [Doc. #4]. Plaintiff has also failed to respond to the Court's April 11, 2014 Order to Show Cause why this action should not be dismissed for failure to comply with the Court's Order of January 31, 2014 [Doc. #9], and his time for doing so has now lapsed. *See* Fed.R.Civ.P. 41(b).[1]

Accordingly,

**IT IS HEREBY ORDERED** that this action will be **DISMISSED**, without prejudice. *See* Fed.R.Civ.P. 41(b).

---

[1] Plaintiff was advised that his failure to respond would result in the dismissal of this action, without prejudice and without further notice to him.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot.

A separate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 20th day of May, 2014.

                                                  UNITED STATES DISTRICT JUDGE